# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 3:23-CV-99-NBB-RP**
                                                                     **JURY TRIAL DEMANDED**

**SHAQUANNA JONES**                                                                   **DEFENDANT**

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Shaquanna Jones. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Shaquanna Jones on the basis of violations of the False Claims Act, U.S.C. §3729-3733 in the sum of $46,772.16, which specifically includes $41,772.16 for the Paycheck Protection Program loan; $5,000.00 for the bank processing fees; and $402.00 for the court filing fee pursuant to 28 U.S.C. § 2412(a)(2). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Shaquanna Jones agrees that the sum owed, $46,772.16, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Shaquanna Jones pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury

Offset Program so that any federal monies owed to Defendant Shaquanna Jones will be credited to her outstanding debt.

        IT IS SO ORDERED this the  20th day of   April    2023.

                                                                                            UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
     JOHN E. GOUGH, JR. (MSB #10351)
     Assistant United States Attorney
     900 Jefferson Avenue
     Oxford, Mississippi 38655-3608
     Ph: (662) 234-3351
     Fax: (662) 234-3318
     Email: john.gough@usdoj.gov
     *Attorney for Plaintiff United States of America*

AGREED TO:

_____
SHAQUANNA JONES, *Defendant*